AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

### Western Division

### Western District of Tennessee

**UNITED STATES OF AMERICA**
        **V.**

**MELVIN LAMONT JENKINS**

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CA  **09-77-0**

CHARGING DISTRICTS
CASE           **2:09cr155**

      The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

      IT IS ORDERED that the defendant be held to answer in the United States District Court **Northern** District of **Mississippi**; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk **911 Jackson Ave., East, Room 369, Oxford, MS**
*Place and Address*
, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear Pursuant Notice by the Prosecuting District.

                                                                  s/Diane K. Vescovo
                                                                  *Signature of Judge*

**November 10, 2009**
*Date*

*DIANE K. VESCOVO*
*UNITED STATES MAGISTRATE JUDGE*
*Name and Title of Judge*